**Order entered September 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00901-CV

### IN THE INTEREST OF M.M., A CHILD

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 97410CC**

## ORDER

On September 14, 2018, a supplemental clerk's record reflecting Tina Montoya Hall has been substituted as counsel for appellant was filed. Accordingly, we **DIRECT** the Clerk of the Court to substitute Ms. Hall as appellant's counsel in place of Jenny C. Parks.

Appellant's brief remains due October 3, 2018.

/s/    DAVID EVANS
        JUSTICE